```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 11376
    DARRON T ROUSE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2698

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/26/2007 and was confirmed 08/13/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
ROBIN POLLARD               NOTICE ONLY    NOT FILED         .00            .00
IL STATE DISBURSEMENT UN    NOTICE ONLY    NOT FILED         .00            .00
ACCOUNT MANAGEMENT SERVI    UNSECURED      NOT FILED         .00            .00
AMCA                        UNSECURED      NOT FILED         .00            .00
ASSOC ST JAMES RADIOLOGI    UNSECURED      NOT FILED         .00            .00
SPRINT PCS                  UNSECURED      NOT FILED         .00            .00
COMMONWEALTH MEDICAL PHY    UNSECURED      NOT FILED         .00            .00
CONSULTANT IN PATHOLOGY     UNSECURED      NOT FILED         .00            .00
PATHOLOGY CONSULTANTS OF    UNSECURED      NOT FILED         .00            .00
CASH ADVANCE                UNSECURED      NOT FILED         .00            .00
LAC STREETERVILLE           UNSECURED      NOT FILED         .00            .00
LAKE IMAGING LLC            UNSECURED      NOT FILED         .00            .00
LINEBARGER GOGGAN BLAIR     UNSECURED      NOT FILED         .00            .00
ST JAMES HOSPITAL           UNSECURED      NOT FILED         .00            .00
COTTAGE EMERGENCY PHYSIC    UNSECURED      NOT FILED         .00            .00
COTTAGE EMERGENCY PHYSIC    UNSECURED      NOT FILED         .00            .00
PATHOLOGY ASSOC OF CHICA    UNSECURED      NOT FILED         .00            .00
ST MARGARET MERCY HAMMON    UNSECURED      NOT FILED         .00            .00
REVENUE PRODUCTION MGT      UNSECURED      NOT FILED         .00            .00
SPRINT                      UNSECURED      NOT FILED         .00            .00
ST JAMES HOSPITAL C U       UNSECURED      NOT FILED         .00            .00
TRUSTMARK RECOVERY          UNSECURED      NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         351.80         .00            .00
CITY OF CHICAGO PARKING     UNSECURED        6450.00         .00            .00
ILLINOIS DEPT OF REV        UNSECURED         381.90         .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY    3,484.00                      574.69
TOM VAUGHN                  TRUSTEE                                       41.08
DEBTOR REFUND               REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
```

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11376 DARRON T ROUSE

```
--------------------------------------------------------------------------------
TRUSTEE                                        615.77

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     574.69
TRUSTEE COMPENSATION                                                41.08
DEBTOR REFUND                                                         .00
                                          ---------------   ---------------
TOTALS                                         615.77              615.77
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
            CASE NO. 07 B 11376 DARRON T ROUSE